Sue PATE, et al. *v.* PINEY SEWER IMPROVEMENT DISTRICT NO. 32, et. al.

CA 85-167                                                    691 S.W.2d 882

Court of Appeals of Arkansas
Opinion delivered June 20, 1985

PER CURIAM. Since both parties requested that this case be advanced in the public interest our opinion is delivered this date. We are also limiting the time for filing petition for rehearing to June 28, 1985.